1  Mahadhi Corzano (SBN 254905)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA 90025
3  T: (323) 988-2400; F: (866) 802-0021
   mcorzano@consumerlawcenter.com
4  Attorneys for Plaintiff,
   GINA VEAZEY ON BEHALF OF ALEX VEAZEY

# UNITED STATES DISTRICT COURT,
## NORTHERN DISTRICT OF CALIFORNIA,
## OAKLAND DIVISION

| | |
|---|---|
| GINA VEAZEY ON BEHALF OF ALEX VEAZEY, | Case No.: 3:11-cv-04252-CRB |
| Plaintiff, | ~~PROPOSED~~ ORDER |
| v. | |
| FLORIDA RECOVERY SYSTEM, LLC also known as WORLD RECOVERY SERVICE, LLC, | |

Upon Good Cause Showing, it is hereby ordered that the Scheduling Conference scheduled for December 9, 2011 at 8:30 a.m. shall be moved to ~~January 20~~ February 3, 2012 at 8:30 a.m.

IT IS SO ORDERED.

Date: Dec. 7, 2011          By: _____
                                 Hon. United States District Judge

*IT IS SO ORDERED — Judge Charles R. Breyer*

- 1 -

PROPOSED ORDER