| | |
|---|---|
| 1 | Mahadhi Corzano (SBN 254905) |
| | Krohn & Moss, Ltd. |
| 2 | 10474 Santa Monica Blvd., Suite 401 |
| | Los Angeles, CA 90025 |
| 3 | T: (323) 988-2400; F: (866) 802-0021 |
| | mcorzano@consumerlawcenter.com |
| 4 | Attorneys for Plaintiff, |
| | GINA VEAZEY ON BEHALF OF ALEX VEAZEY |

**UNITED STATES DISTRICT COURT,**
**NORTHERN DISTRICT OF CALIFORNIA,**
**OAKLAND DIVISION**

GINA VEAZEY ON BEHALF OF ALEX VEAZEY,

   Plaintiff,

  v.

FLORIDA RECOVERY SYSTEM, LLC also known as WORLD RECOVERY SERVICE, LLC,

Case No.: 3:11-cv-04252-CRB

~~PROPOSED~~ ORDER

Upon Good Cause Showing, it is hereby ordered that the Scheduling Conference scheduled for December 9, 2011 at 8:30 a.m. shall be moved to ~~January 20~~ February 3, 2012 at 8:30 a.m.

IT IS SO ORDERED.

Date: Dec. 7, 2011   By: _____
              Hon. United States District Judge

[Stamp: IT IS SO ORDERED / Judge Charles R. Breyer — United States District Court, Northern District of California]

- 1 -

PROPOSED ORDER